IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D.J., through his parent O.W. on behalf of a class of those similarly situated, | : : : : | Civil No. 3:16-cv-01197-CSH |
| Plaintiffs, | : : | |
| vs. | : : | |
| CONNECTICUT STATE BOARD OF EDUCATION | : : : | |
| Defendant. | : : | October 25, 2016 |

## MOTION FOR EXTENSION OF TIME TO FILE RULE 26(F) REPORT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure the Defendant hereby submits this motion to extend the deadline for filing the joint Rule 26(f) report until October 28, 2016.  This is Defendant's first motion for an extension of time.

In support of this motion, the Defendant respectfully submits:

1. The undersigned appeared in this case on September 15, 2016.

2. Pursuant to Fed. R. Civ. Proc. 16(b) and 26(f), on October 11, 2016 the parties held a telephonic conference.  Accordingly, the parties' 26(f) Report is due by October 25, 2016.  Fed. R. Civ. Proc. 6 and 26(f)(2).

3. On October 24, 2016 plaintiffs' counsel sent a draft 26(f) Report to the Defendant.

4. More time is required in order to allow the parties to finalize the 26(f) Report.

5. Counsel for the plaintiffs Jason H. Kim has indicated via email that he does not object to this request.

WHEREFORE, the Defendants respectfully request that this motion be granted.

                    DEFENDANT
                    CT STATE BOARD OF EDUCATION

                    GEORGE JEPSEN
                    ATTORNEY GENERAL

                    *Darren P. Cunningham*
                    Darren P. Cunningham (ct25380)
                    Ralph E. Urban (ct00349)
                    Assistant Attorneys General
                    Federal Bar No. ct25380
                    P. O. Box 120
                    Hartford, CT 06141-0120
                    Tel.: (860) 808-5020
                    Fax: (860) 808-5347
                    darren.cunningham@ct.gov
                    ralph.urban@ct.gov

## **CERTIFICATION**

    I hereby certify that on October 25, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    *Darren P. Cunningham*
                    Darren P. Cunningham
                    Assistant Attorney General