IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| D.J. through his parent O.W., on behalf of a class of those similarly situated,<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CONNECTICUT STATE BOARD OF EDUCATION,<br>　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil No. 3:16-cv-01197 (CSH)<br>:<br>:<br>:<br>:<br>: September 1, 2017<br>:<br>: |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO FRCP 23(b)(2)**

Plaintiff D.J., through his parent O.W., moves this Court for an Order: (1) certifying a class in this matter pursuant to Fed. R. Civ. Proc. 23(b)(2); appointing D.J. as class representative; and (3) appointing Schneider Wallace Cottrell Konecky Wotkyns, The Law Offices of Sonja L. Deyoe, and Disability Rights Connecticut as class counsel.

Plaintiff seeks certification of the following class:

All individuals who were over 21 and under 22 within two years before the filing of this action or will turn 21 during the pendency of this action who are provided or were provided a FAPE under the IDEA by any LEA in the State of Connecticut and who, but for turning 21, would otherwise qualify or would have qualified for a FAPE until age 22 because they have not or had not yet earned a regular high school diploma.

This Motion is based on the attached Memorandum, Declaration of Jason H. Kim and attached Exhibits, the records and files in this action, and such other matters as may come before the Court prior to or at the hearing of this Motion.

DATED:  Los Angeles, California     September 1, 2017.

/s/ Jason H. Kim
JASON H. KIM
(admitted *pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608

NANCY B. ALISBERG
Fed. Bar No. CT 21321
Disability Rights Connecticut
270 Farmington Avenue, Suite 181
Hartford, CT 06030
Tel:  860 990-0175
E-mail: nancy.alisberg@disrightsct.org

SONJA L. DEYOE #6301
Fed. Bar. No. CT 29186
LAW OFFICES OF SONJA L. DEYOE. P.C.
395 Smith Street
Providence, RI 02908
Telephone: (401) 864-5877
Email:  sld@the-straight-shooter.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Jason H. Kim, certify that the Motion and all referenced attachments filed through the CM/ECF system will be sent electronically to the registered participants as identified on the CEF (CEF).

DATED:  Los Angeles, California     September 1, 2017.

/s/ Jason H. Kim
JASON H. KIM