UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| A.R., on behalf of a Class of those similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | No. 3:16-cv-1197 (CSH) |
| v. ) ) | |
| CONNECTICUT STATE BOARD OF EDUCATION, ) ) ) | JULY 10, 2020 |
| Defendant. ) ) | |

**PERMANENT INJUNCTION JUDGMENT AND ORDER**

**HAIGHT, Senior District Judge:**

The current or future refusal of Defendant Connecticut Board of Education to provide Plaintiff A. R. and the members of the Class a free appropriate public education pursuant to the age limitations established by Conn. Gen. Stat. § 10-76d(b) and Conn. Agencies Reg. § 10-76d-1(a)(4) violates the IDEA, 20 U.S.C. §§ 1412(a)(1), 1407, and 1412(11). This conclusion is explained in the Court's Ruling on cross-motions for summary judgment filed on June 10, 2020, and reported at 2020 WL 3086032, familiarity with which is assumed.

Accordingly, pursuant to Rule 65(d) of the Federal Rules of Civil Procedure, and in accordance with Rule 58(a), it is hereby ADJUDGED and ORDERED that the Defendant, its successors in office, agents, servants, employees, and attorneys, and those in active concert and participation with any of the foregoing who receive actual notice of this Order, are:

PERMANENTLY ENJOINED from terminating a free appropriate public education as to

Plaintiff A.R. and the members of the Class before they reach the age of 22.

Dated: New Haven, Connecticut
July 10, 2020

                                                                  */s/ Charles S. Haight, Jr.*

                                                             CHARLES S. HAIGHT, JR.
                                                             Senior United States District Judge